1018

[No. 1429-1. Division One—Panel 1. April 23, 1973.]

JERRY BAKKO et al., *Appellants,* v. BELLINGHAM NATIONAL BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 45011, Richard B. Ott, J., entered October 28, 1971. *Reversed and remanded* by unpublished opinion per Swanson, C.J., concurred in by Farris and James, JJ.

[No. 573-3. Division Three. April 24, 1973.]

EVAR, INC., *Respondent,* v. ALBERT KURBITZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 51917, Albert N. Bradford, J., entered December 20, 1971. *Reversed in part; affirmed in part* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Farris, J.

[No. 737-2. Division Two. April 25, 1973.]

GORDON G. MELCHER, *Respondent,* v. LEO M. KRENZLER et al., *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 190853, Robert A. Jacques, J., entered March 2, 1972. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Armstrong, JJ.

[No. 458-3. Division Three. April 25, 1973.]

MARIAN CATHERINE McGRANN, *Appellant,* v. WESTERN INTERNATIONAL HOTELS, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 201508, Ralph P. Edgerton, J., entered June 9, 1971. *Reversed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.